**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 11-23191-CIV-GRAHAM/GOODMAN**

GAIMS RAMPLAIS,

      Plaintiff,

vs.

CATHOLIC HEALTH SERVICES, INC.,
et al.,

      Defendants.
_____/

## NOTICE OF OUTCOME OF SETTLEMENT CONFERENCE

On December 14, 2011, the Undersigned conducted a mediation and settlement conference in the above-captioned action. The parties were unable to reach a settlement and the undersigned declared an impasse.

**DONE** in Chambers at Miami, Florida, this 14th day of December, 2011.

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
Hon. Donald L. Graham
All counsel of record